IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANTHONY M. BELL,

                                                           ORDER

Petitioner,

                                        3:08-cv-00068-bbc

    v.

TINA PERKOFSKI and
DEPARTMENT OF COMMUNITY
CORRECTIONS,

Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Petitioner Anthony Bell, a prisoner at the Marathon County jail in Wausau, Wisconsin, has submitted a proposed complaint. He requests leave to proceed <u>in forma pauperis</u>. A decision on the request will be delayed until petitioner pays an initial partial payment of the filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Petitioner's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement that covers the six-month period immediately preceding the filing of his complaint.

      Petitioner's complaint was submitted on January 25, 2008. His trust fund account statement should cover the period beginning approximately July 25, 2007 and ending

1

approximately January 25, 2008.

## ORDER

IT IS ORDERED that petitioner may have until March 3, 2008, in which to submit a trust fund account statement for the period beginning July 25, 2007 and ending January 25, 2008. If, by March 3, 2008, petitioner fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to petitioner's filing his case at a later date.

Entered this 12th day of February, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge