IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANTHONY M. BELL,

                                                               ORDER

                   Petitioner,

                                                                08-cv-068-bbc

     v.

TINA PERKOFSKI and
DEPARTMENT OF COMMUNITY
CORRECTIONS,

                  Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    In an order entered in this case on February 12, 2008, I told petitioner that before I could consider his request to proceed in forma pauperis he would have to submit a trust fund account statement covering the six-month period immediately preceding the filing of his complaint so that I could assess an initial partial payment of the $350 fee for filing this case.  Petitioner has submitted a statement covering the period beginning January 10, 2008 and ending January 24, 2008, and a note explaining that January 10 is the date he began his incarceration at Marathon County jail.  Therefore, I have determined petitioner's initial partial payment by calculating 20% of the deposits made to his account during this period.

1

ORDER

      IT IS ORDERED that petitioner is assessed $23.80 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $23.80 on or before March 17, 2008. If, by March 17, 2008, petitioner fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to petitioner's filing his case at a later date.

      Entered this 25th day of February, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2